## Commonwealth *v.* Warrick, Appellant.

Argued June 10, 1969. *Spencer Ervin, Jr.,* with him *Tate & Ervin,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the

court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.

MONTGOMERY, J., would grant a new trial.